THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK CARAPESE, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE VIGNOLA, Appellant.— Judgment of conviction of the County Court of Orange county unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN CHIODO, Respondent, v. JAMES J. WALKER, Mayor of the City of New York, and Others, Appellants.— Order granting alternative mandamus order unanimously affirmed, with ten dollars costs and disbursements. We do not at this time determine the validity of the ordinance in question. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES HELMHOLTZ, Appellant, v. TOWN OF BABYLON and Others, as Commissioners, etc., Respondents.— Order denying motion to cancel and annul election of commissioners of the garbage district of East Farmingdale affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

FAITH W. REGES, Respondent, v. OSCAR V. REGES, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

V. S. RITTENHOUSE, INC., Respondent, v. SETLIN REALTY CORPORATION and Others, Defendants, and NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. The defense which the appellant surety company seeks to interpose, if its default be opened and the judgment set aside, is pleaded as a separate defense in an answer in which it joined with the owner of the property and another defendant. The same attorney represented all defendants. While we are of opinion, but without deciding, that the defense is good, the appellant is chargeable with knowledge of it at the time it settled with the plaintiff-lienor by paying to it the sum of $7,500 in settlement of the judgment of $8,414.50 entered against it and the other defendant by the plaintiff-lienor. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ROSE RIVLIN, Appellant, v. NEW YORK EVENING JOURNAL, INC., Respondent.— Order granting defendant's motion to set aside service affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ROSE RIVLIN, Appellant, v. NEW YORK AMERICAN, INC., and Others, Respondents.— Order granting defendants' motion to set aside service affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.